**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 11, 2019.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00510-CV

### IN RE PHYLLIS MORGAN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 95704-CV**

---

## MEMORANDUM OPINION

On June 27, 2019, relator Phyllis Morgan filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Patrick Sebesta, presiding judge of the 239th District Court of Brazoria County, to vacate his June

21, 2019 order for relator to produce her homeowner's insurance policy within thirty days of the order.

Relator also has filed a motion for temporary relief, asking this court to stay this order pending a decision on his petition. *See* Tex. R. App. P. 52.10.

To obtain mandamus relief, a relator must show that the trial court clearly abused its discretion. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam). Relator has not shown that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus and motion for stay.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.

2